UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CLAUDETTE PINTO,

    Plaintiff,

v.                                                           Civ. No. 16-826 GJF

NANCY BERRYHILL, *Acting Commissioner of the Social Security Administration*,

    Defendant.

## **ORDER**

THIS MATTER is before the Court on Defendant's "Unopposed Motion to Remand for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)" ("Motion") [ECF No. 28]. Having reviewed the Motion, noted the parties' concurrence, and found good cause for the relief requested, the Court **HEREBY REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and **REMANDS** this matter to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**IT IS FURTHER ORDERED** that, upon remand, the Social Security Administration's Appeals Council will remand the matter to a new ALJ for a *de novo* hearing and new decision. On remand, the ALJ will reevaluate the treatment records and diagnoses from Thomas J. Faber, M.D., Valerie Wrangler, M.D., Joy McQuery, M.D., and Scarlett Soriano, M.D., and reevaluate at step two whether Plaintiff's alleged fibromyalgia and mental conditions may be medically determinable impairments.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE