**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

CLAUDETTE PINTO,

    Plaintiff,

v.                                                                                                               Civ. No. 16-826 GJF

NANCY BERRYHILL, *Acting Commissioner of the Social Security Administration*,

    Defendant.

## **FINAL JUDGMENT**

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order under Federal Rule of Civil Procedure 58, entering judgment for Plaintiff.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE